UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 06 5262 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Clifford Ellis, Sr. and<br>Edna Ellis,<br>　　　　　　　Plaintiffs,<br>　　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, CLIFFORD ELLIS, SR. AND EDNA ELLIS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated this 13th day of February, 2009.

J. FRANKLIN LONG
Counsel for Plaintiffs,
Clifford Ellis, Sr. and Edna Ellis
Law Offices of J. Franklin Long
727 Bland Street
Bluefield, WV 24701
(304) 327-5544 Phone

-1-

(304) 325-8854 Facsimile
joe@jfranklinlong.com E-mail Address

Dated this 14th day of May, 2009.

DLA PIPER (US) LLP

By: /s/ Michelle W. Sadowsky
MICHELLE W. SADOWSKY
Attorneys for Defendants
DLA Piper (US) LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 783-3755 Phone
(212) 783-3785 Facsimile
michelle.sadowsky@dldapiper.com E-mail Address

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated this 19th day of May, 2009.

IT IS SO ORDERED

Hon. Charles R. Breyer
United States District Court
Judge Charles R. Breyer

-2-

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**